UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| GONZALO ARTURO URMENETA-BAZAN,<br><br>    Plaintiff,<br>v.<br><br>MARTIN O'MALLEY<br>Commissioner of Social Security,<br><br>    Defendant. | No: 5:23-cv-00865 SK<br><br>ORDER AWARDING EAJA ATTORNEY FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney fees are awarded in the amount of SIX THOUSAND SIX HUNDRED DOLLARS AND 00/100 ($6,600.00) and zero costs ($0.00), subject to the terms of the stipulation.

DATE: 10/25/2024

_____
HON. STEVE KIM
UNITED STATES MAGISTRATE JUDGE